Dear Clerk,

Per Court of Appeals Number:

15-25-00132-CV, And Trail Court Case Number:

D-1-GN-25-001988

John Eric Anderson

Vs.

State of Texas, et al.

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

OCT 06 2025

CHRISTOPHER A. PRINE
CLERK

Monday September 22, 2025 you sent me a Notice letting me know the Clerk's record has been filed.

And my appellant brief is due 30 days from the date of this notice.

My problem is I have not received a copy of the Clerk's record. Nor have I received a copy of the District Clerks ~~Court Reporters~~

On August 25-2025 And on September the 4th 2025 And on September the 9th 2025, I sent my requests to the Court Reporter per Rule 34.6 of the Texas Rules of Appellate Procedure and on July 31, 2025 Requesting copies of the transcripts of the hearing that took place on July 31 2025 at 9 am in the 459th Court of sitting Judge Don Burgess. in Travis County Texas,
And also, the Trail Court Clerk.

I have recieved nothing from the Court Reporter or the Clerk.

Further more I Filed a motion with the 15th Court of Appeals.

I Filed, A Motion To Enforce Jurisdiction on September 2end 2025 with the 15th Court of Appeals. PER TRAP. Rule 10. Due To the Fact,

I Requested Findings of Facts and Conclusions of Law on August 4, 2025

I Filed Request For Ommi Omitted or Additional Findings of Facts and Conclusions of Law on August 22, 2025

I received An order per T.R.C.P. Rule 296 From the Judge stating (order Denied) From Travis County Judge Don Burgess. When in fact TRCP Rule 296 States,
   (Such Request Shall Be Entitled)

Could you please bring it to the Courts attention that I can't get anything from Travis County to help me prepare my appeal. Would the court please enforce the jurisdiction ~~it holds~~ holds and get Judge Don Burgess to issue Facts Findings and Conclusions of Law, concerning his ruling on July 31st 2025 in the case mentioned above.

Please make a ruling on my motion to enforce Jurisdiction and let me know the outcome.

Could you also restart my time line to file my appellate brief when these matters are settled.

WITH RESPECT

I, John ERic AndeRson state under the penalty of puRjuRy that All statements mentioned Above ARE tRue And coRREct.

And I have through the prison mail system mailed a copy of this letteR to Christopher A. PRine, CleRK of the 15th Court OF Appeals - 235 P.O. Box 12852 Austin, Texas 78711

John ERic AndeRson

# 552116

Le-Blanc Unit 3 Bldg G-10-B

3695 Fm 3514

Beaumont, Texas 77705

#552116

John Eric Anderson
LE-Blanc Unit 3 Bldg G/10/3
3695 FM 3514
Beaumont, Texas 77705

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

OCT 06 2025

CHRISTOPHER A. PRINE
CLERK

HOUSTON TX RPDC 773

1 OCT 2025 PM 6 L

1773 2025

FOREVER

Fifteenth Court OF Appeals -235
P.O. Box 12852
Austin, Texas 78711

( Legal Mail )

78711-285252